# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Alarm Detection Systems, Inc.

                Plaintiff,

v.

Case No.: 1:13−cv−08960
Honorable Rebecca R. Pallmeyer

Algonquin/Lake in the Hills Fire Protection District, et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2014:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 10/8/2014. Counsel report that all matters have been resolved. Case is dismissed. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.